Cite as 2025 Ark. 169
# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS SUPREME COURT
COMMITTEE ON CIVIL PRACTICE

**Opinion Delivered:** October 30, 2025

.

## PER CURIAM

Brett D. Watson of Searcy is appointed to the Arkansas Supreme Court Committee on Civil Practice for a three-year term to expire on December 31, 2028. We thank him for his willingness to serve on this important committee.

The court expresses its gratitude to Lorie Mason Jordan for her years of service to this committee.